# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Xerox Corporation | ) ASBCA No. 58943 |
| | ) |
| Under Contract No. GS-25F-0062L | ) |
| P.O. No. W9113E-04-A-0004 | ) |

APPEARANCE FOR THE APPELLANT:   Donald J. Walsh, Esq.
  Offit Kurman, P.A.
  Owings Mills, MD

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  Brian E. Bentley, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The parties have settled their dispute in the referenced appeal and have jointly executed and filed a request for dismissal with prejudice. Accordingly, the appeal is hereby dismissed with prejudice.

Dated: 6 November 2014

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58943, Appeal of Xerox Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals